```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21415
   FERNANDO SALINAS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6010


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
   The case was filed on 11/15/2007 and was not confirmed.

   The case was dismissed without confirmation 01/09/2008.
----------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
----------------------------------------------------------------------
B-REAL LLC                  UNSECURED         834.74         .00            .00
JEFFERSON CAPITAL SYSTEM    UNSECURED        1186.18         .00            .00
ASSET ACCEPTANCE CORP       UNSECURED        1077.97         .00            .00
ASSET ACCEPTANCE CORP       UNSECURED         680.71         .00            .00
PRO SE DEBTOR               DEBTOR ATTY          .00                        .00
TOM VAUGHN                  TRUSTEE                                         .00
DEBTOR REFUND               REFUND                                          .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                   RECEIPTS               DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------       --------------
TOTALS                         .00                  .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 04/23/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```